UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMMIE LEMUEL SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) NO. 3:22-cv-00188 |
| KILOLO KIJAKAZI, *Acting Commissioner of Social Security* | ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is a Report and Recommendation ("R&R") (Doc. No. 7) recommending the Court dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 4(m). No timely objections to the R&R have been filed. The absence of objections releases the Court from its duty to independently review the matter. Miller v. Currie, 50 F.3d 373, 380 (6th Cir. 1995); see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). Nevertheless, the Court reviewed the R&R and agrees with its recommended disposition.

Accordingly, the R&R (Doc. No. 7) is **APPROVED AND ADOPTED**, and this case is **DISMISSED WITHOUT PREJUDICE**. This Order constitutes a final judgment pursuant to Federal Rule of Civil Procedure 58. The Clerk shall close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE